EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERTA FOSBINDER-BITORF,

    Plaintiff,

    v.                                                     Case No. 13-CV-529

SSM HEALTH CARE OF WISCONSIN, INC.,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Roberta Fosbinder-Bittorf and hereby dismisses all of her causes of action against Defendant, with prejudice. Each party to bear its own costs and attorneys' fees.

_____
ROBERTA FOSBINDER-BITTORF

HAWKS, QUINDEL, EHLKE & PERRY, S.C.

By: _____
Colin B. Good
Nicholas E. Fairweather
P.O. Box 2155
Madison, WI 53701-2155

*Attorneys for Plaintiff*

Page 8 of 8